UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Lanigan,

                Plaintiff,                20 Civ. 9705 (CS) (AEK)

   -against-                           **ORDER**

Saul,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On November 19, 2020, the Court filed its Standing Order In Re: Motions for Judgment on the Pleadings in Social Security Cases, pursuant to which Defendant is to file the certified transcript of administrative proceedings within 90 days of being served with the complaint; Plaintiff is to file a motion for judgment on the pleadings within 60 days of the date on which Defendant files the certified transcript of administrative proceedings; and Defendant is to file its opposition to Plaintiff's motion within 60 days after the motion is filed.  ECF No. 5.  In this case, after the Court granted two extensions of time, the administrative record was filed on June 22, 2021, ECF No. 17, and within 60 days thereafter, on August 23, 2021 (August 21, 2021 was a Saturday), Plaintiff filed his motion for judgment on the pleadings.  ECF No. 18.  Defendant's opposition should have been filed by October 22, 2021, but to date, Defendant has neither filed opposition papers nor requested an extension of time in which to do so.

2

      The Court hereby extends the briefing schedule in this matter *sua sponte*. Defendant's opposition must be served and filed on or before **November 17, 2021**, and Plaintiff's reply, if any, must be served and filed on or before **December 8, 2021**.

Dated:  October 27, 2021
         White Plains, New York

                                                  **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge