# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TERRENCE R.L.,

                           Plaintiff,                         20 **CIVIL** 9705 (CS)

        -v-                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated August 15, 2022, no objections to the Report and Recommendation have been received, so the Court has reviewed it for clear error. Finding none, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is granted in part and denied in part. The Commissioner's motion for judgment on the pleadings is also granted in part and denied in part. The case is remanded for further proceedings pursuant to sentence 4 of section 405(g) of the Social Security Act.

**Dated:** New York, New York
          August 16, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                       **BY:**          *K. Mango*

                                                                   **Deputy Clerk**